# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | MAYRA MACARAIG VINAS | | |
| **Case Number:** | 08-04888-GAC11 | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 26, 2009 09:30 AM   COURTROOM 3 | | |
| **Bankruptcy Judge:** | GERARDO A CARLO | | |
| **Courtroom Clerk:** | CARMEN BELEN FIGUEROA | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

HEARING ON DISCLOSURE STATEMENT

**R / M #:**   0 / 128

## *Appearances:*

NANCY PUJALS, ATTORNEY FOR THE UNITED STATES TRUSTEE

## *Proceedings:*

THE COURT:

Debtor's attorney, Juan Santos Berrios, Esq., called at 8:15a.m. to inform the Court that he was sick and would not be present at today's hearing.

ORDER:

Debtor's attorney is hereby ordered to file an informative motion as to his absents at today's hearing with a medical certificate. The hearing on disclosure statement is hereby continued SINE DIE and the case is to be reassigned to another judge.

The United States Trustee, informed for the record, that the disclosure statement (docket #123) is missing the exhibits referred to on the document which was previously informed to debtor's counsel.   Also, the notice of this hearing, given by debtor on June 15, 2009, was passed the deadline to file objections to the disclosure statement as per the June 4, 2009 Court order.

Debtor's counsel is hereby ordered to file the missing exhibits and the informative motion within ten (10) days.

SO ORDERED.

s/GERARDO A. CARLO-ALTIERI
Chief, United States Bankruptcy Judge