IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

MAYRA MACARAIG VIÑAS

Debtor

CASE NO. 08-04888 GAC

CHAPTER 11

**INFORMATIVE MOTION EXPLAINING
THE ABSENCE OF DEBTOR'S ATTORNEY
AT THE HEARING SCHEDULED FOR JUNE 26TH, 2009 AT 9:30 A.M.**

TO THE HONORABLE COURT:

**COMES NOW** the subscribed attorney in representation of Mr. Juan A. Santos Berríos, debtor's counsel:

1. This case was scheduled for hearing for **June 26th, 2009 at 9:30 a.m.**

2. Debtor's attorney Juan A. Santos Berríos was not present at the hearing scheduled in this morning in the above captioned case.

3. This Honorable Court requested from Mr. Santos Berríos a medical Certificate to explain his absence at the hearing.

4. Mr. Santos Berríos has a viral syndrome that forced him to stay at home (see copy of the medical certificate).

5. Due to this reason he was absent at the hearing scheduled for today in the present case.

6. For this reason, we respectfully request the continuance of the hearing.

**WHEREFORE** the subscribed attorney respectfully requests from the Honorable Court to excuse Mr. Santos for the involuntary absence from this Court's hearing.

**I HEREBY CERTIFY** that a true and correct copy this motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the US Trustee, and all parties in interest.

At Humacao, Puerto Rico this 26th of June 2009.

ENRIQUE ALVARADO HERNANDEZ ESQ
USDC-PR #201310
PO BOX 10027 CUH STATION
HUMACAO PUERTO RICO 00792
TEL. (787)285-1110
E-MAILS: enrique.alvarado1@upr.edu

Mayra Macaraig Viñas
BK 08-04888 GAC-11
Attachment

**DR. ROBERTO E. PEGUERO FERNANDEZ**
MEDICINA GENERAL Y NIÑOS
ESQ. MANUEL CRUZ, AVE. MUÑOZ MARIN NO. 104
HUMACAO, PR 00791

(787) 852-5473 OFF.
(787) 852-3319 RES.

DEA # AP 0629000
LIC. #5319
UNI 04307-5

VISITAS A DOMICILIO

HORARIO: LUNES, MIERCOLES, JUEVES, 9:00 A.M. - 12:00 M. & 3:00 - 7:00 P.M.
MARTES, VIERNES, SABADO, 9:00 A.M. - 12:00 M.

CERTIFICO QUE: *Juan Santos Bernios*

FUE ATENDIDO(A) EN ESTA OFICINA HOY **6-26-09**

Y PUEDE REGRESAR A TRABAJAR EN **6-27-09**

DIAGNOSTICO: *Sindrome Viral*

FIRMA

```
Label Matrix for local noticing            AMERICAN EXPRESS TRS CO INC LATIN AMERICAN D    BANCO POPULAR
0104-3                                     BECKET & LEE LLP                                EDGAR A VEGA ESQ
Case 08-04888-GAC11                        PO BOX 3001                                     PO BOX 362708
District of Puerto Rico                    MALVERN, PA 19355-0701                          SAN JUAN, PR 00936-2708
Old San Juan
Fri Jun 26 13:08:04 AST 2009

CORPORACION PARA EL FOMENTO ECONOMICO DE LA    STATE INSURANCE FUND CORPORATION            TREASURY DEPARTMENT OF PUERTO RICO
1103 Munoz Rivera Avenue                       C/O ALEJANDRO A. SUAREZ CABRERA             FEDERAL LITIGATION DIVISION
San Juan, PR 00925-2729                        PO BOX 365028                               DEPARTMENT OF JUSTICE
                                               SAN JUAN, PR 00936-5028                     PO BOX 9020192
                                                                                           SAN JUAN, PR 00902-0192


US TRUSTEE                                 US Bankruptcy Court District of P.R.            AMERICAN EXPRESS
EDIFICIO OCHOA                             U.S. Post Office and Courthouse Building        PO BOX 360002
500 TANCA STREET SUITE 301                 300 Recinto Sur Street, Room 109                FT LAUDERDALE FL  33336-0002
SAN JUAN, PR 00901-1938                    San Juan, PR 00901-1964


ASOC DE TITULARES COND SIERRA DEL SOL      American Express Centurion Bank                 BANCO POPULAR DE PR
100 Ave La Sierra                          c/o Becket and Lee LLP                          BANKRUPTCY DIVISION
BOX 225                                    POB 3001                                        PO BOX 366818
SAN JUAN PR 00926-4316                     Malvern PA 19355-0701                           SAN JUAN PR  00936-6818


BANCO POPULAR DE PUERTO RICO               BANCO POPULAR DE PUERTO RICO                    BANCO SANTANDER DE PUERTO RICO (VTQ)
CARD PRODUCTS DIVISION                     PO BOX 70100                                    MARTINEZ & TORRES LAW OFFICE
PO BOX 70100                               SAN JUAN PR  00936-8100                         PO BOX 192938
SAN JUAN PR  00936-8100                                                                    SAN JUAN PR  00919-3409


BANCO SANTANDER PUERTO RICO                BLITZ RECOVERY SERVICES INC                     BORINQUEN MEMORIAL PARK
PO BOX 362589                              CITIBANK TOWERS SUITE 1701                      PO BOX 1448
SAN JUAN PR  00936-2589                    252 AVE PONCE DE LEON                           CAGUAS PR 00726-1448
                                           SAN JUAN PR 00918-2001


Banco Santander Puerto Rico                CAPITAL ONE BANK                                CAPITAL ONE BANK
P.O. Box 194439                            PO BOX 30285                                    PO BOX 70884
San Juan, PR 00919-4439                    SALT LAKE CITY UT  84130-0285                   CHARLOTTE NC  28272-0884


CAPITAL ONE BANK (USA), N.A.               CARMAX AUTO FINANCE                             COFECC
C/O TSYS DEBT MANAGEMENT (TDM)             PO BOX 3174                                     PO BOX 191791
PO BOX 5155                                MILWAUKEE WI  53201-3174                        HATO REY PR 00919-1791
NORCROSS, GA 30091-5155


CORP DEL FONDO DEL SEGURO DEL ESTADO       CRIM                                            DEPARTMENT OF JUSTICE
OFICINA REGIONAL DE SAN JUAN               PO BOX 195387                                   FEDERAL LITIGATION DIVISION
PO BOX 42006                               SAN JUAN PR  00919-5387                         PO BOX 9020192
SAN JUAN PR 00940-2206                                                                     SAN JUAN PR  00902-0192


Department of Treasury                     FIA CARD SERVICES                               FIA CARD SERVICES
Bankruptcy Section (424-B)                 PO BOX 15026                                    PO BOX 15726
P.O. Box 9024140                           WILMINGTON DE  19886-5026                       WILMINGTON DE  19886-5726
San Juan, Puerto Rico 00902-4140
```

| | | |
|---|---|---|
| FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713-6000 | FIRST DATA GLOBAL LEASING<br>PO BOX 173845<br>DENVER CO 80217-3845 | FIRST FRANKLING MORTGAGE<br>PO BOX 660598<br>DALLAS TX 75266-0598 |
| FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025576<br>MIAMI FL 33102-5576 | GE SERVICES LIMITED PARTNERSHIP<br>PO BOX 46960<br>SAINT LOUIS MO 63146-6960 | JORGE EDUARDO MARTINEZ LANDRON ESQ<br>PO BOX 192938<br>SAN JUAN PR 00919-3409 |
| JULIETTE DONATO BOFILL ESQ<br>GARDEN HILLS PLAZA MSC 357<br>1353 CARR 19<br>GUAYNABO PR 00966-2700 | LOS ARBOLES DE MONTEHIEDRA COMMUNITY<br>BLVD DE LOS ANGELES<br>BOX 300<br>SAN JUAN PR 00960 | MCCARTHY BURGESS & WOLFF<br>THE MB&W BUILDING<br>2600 CANNON ROAD<br>CLEVELAND OH 44146 |
| PR DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | RICK M MORSE CPA<br>ACCOUNTANT FOR DEBTOR<br>5521 UNIVERSITY DRIVE SUITE 201<br>CORAL SPRINGS<br>FLORIDA 33067-4648 | SANTANDER MORTGAGE<br>PO BOX 70117<br>SAN JUAN PR 00936-8117 |
| STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | WAGNER & HUNT PA<br>PO BOX 934788<br>MARGATE FL 33093-4788 | ANTONIA CABRERO MENDEZ<br>REALTOR FOR DEBTOR<br>PO BOX 363883<br>SAN JUAN, PR 00936-3883 |
| JUAN A SANTOS BERRIOS<br>LAW OFFICES OF JUAN A SANTOS BERRIOS PSC<br>PO BOX 9102<br>HUMACAO, PR 00792-9102 | MAYRA MACARAIG VINAS<br>168 CALLE WESER<br>RIO PIEDRAS, PR 00926-3201 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| RICK M MORSE<br>ACCOUNTANT FOR DEBTOR<br>5521 UNIVERSITY DRIVE SUITE 201<br>CORAL SPRINGS<br>FLORIDA, FL 33067-4648 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANCO SANTANDER DE PUERTO RICO (VTQ)<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938 | (u)First Franklin Financial Corp. through its | (u)First Fraklin Financial Corp. through its |
| (d)SANTANDER MORTGAGE CORPORATION<br>PO BOX 70117<br>SAN JUAN PR 00936-8117 | End of Label Matrix<br>Mailable recipients 48<br>Bypassed recipients 4<br>Total 52 | |