IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

MAYRA MACARAIG VIÑAS

Debtor

CASE NO. 08-04888 BKT

CHAPTER 11

**DEBTOR'S URGENT MOTION TO RECONSIDER ORDER DISMISSING CASE &/OR THE SETTING ASIDE ORDER TO DISMISS CASE**

TO THE HONORABLE COURT:

**COMES NOW** debtor herein, **MAYRA MACARAIG VIÑAS**, and respectfully represents:

1. This case was dismissed by this Court on August 10th, 2009 (Docket Entry #144).

2. On July 6th, 2009 this attorney filed a Motion requesting time to review and submit or file the missing Exhibit fo the Disclosure Statement (Docket Entry #137), pointing that we had an emergency situation in our office.

3. On the same date our office called the US Trustee explaining the emergency situation the they expressed that they agree with our request.

4. The Motion was denied as per Order dated July 8th, 2009 (Docket Entry #138), but this attorney was out of our office attending the emergency occurred.

5. On April 8th, 2009 our paralegal's grandson, a premature baby, who had complications at birth was hospitalized for 14 days.

6. After his discharge on April 22, 2009, the baby was with his parents for two months, when another health complication arose and the baby was taken to the hospital again.

7. When the baby arrived to Centro Médico, the *Departamento de la Familia* alleged physical abuse against our paralegal's family.

8. Her grandson of three months was hospitalized in *Centro Médico*, Río Piedras on June 29th, 2009 in critical and serious health complication. Our paralegal has been several days and nights in the hospital taking care of him. Therefore, our office has not had her assistance and help in the bankruptcy cases.

9. The subscribing attorney represent our paralegal's son in the case of *Departamento de la Familia vs. Yinette Ortiz Ortiz et als*. The hearing of the case was scheduled for August 19th, 2009 and was continued for October 2nd, 2009. During this month this attorney is preparing the discovery of evidence, and due to the sensitivity of this situation we have not time review the instant case, besides not having the assistance of our bankruptcy paralegal in our office the most of the time.

10. It was highly imperative that I personally attended our paralegal's situation, who with the whole situation is affected.

11. To aggravate the situation and while our paralegal was attending her grandson, his father of 72 years of age was deteriorating his health, and the same date of the hearing on August 19th, her father died, thus leading to more distress and pain to this family.

12. This situation which provoked accumulation of work in our office, and complicated our already backed up work.

13. Debtor herein is a single mother and it would be unjust and unreasonable to penalize with the dismissal of her case.

14. Debtor respectfully requests the reconsideration of the dismissal order and that the same be set aside.

**NOTICE TO CREDITOR AND PARTIES IN INTEREST**

Parties in interest are notified they have twenty (20) days to from the date of notice to oppose to the ***debtor's urgent motion to reconsider order dismissal case &/or the setting aside order to dismiss case*** and request a hearing. If no opposition is filed within the prescribed period of time, the Court at its discretion, may enter an Order granting the reconsideration of the dismissal order and reopen the case. Should an opposition be properly and timely filed, the Court will then schedule the matter for a hearing.

**WHEREFORE** debtor respectfully requests that the dismissal of his case be reconsidered and/or set aside for the reasons explained herein.

**I HEREBY CERTIFY** that a true and correct copy this motion was filed

electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the US Trustee; and to other parties in interest by regular mail as per matrix attached herein.

In Humacao, Puerto Rico this 26th of August 2009.

LAW OFFICES OF JUAN A SANTOS BERRIOS PSC
PO BOX 9102
HUMACAO PR 00792-9102
TEL(787)285-1001,FAX 285-8358
EMAIL: jsantosb@prtc.net

/s/Juan A. Santos Berríos
  USDC-PR #212506

```
Label Matrix for local noticing          AMERICAN EXPRESS TRS CO INC LATIN AMERICAN D     BANCO POPULAR
0104-3                                    BECKET & LEE LLP                                 EDGAR A VEGA ESQ
Case 08-04888-BKT11                       PO BOX 3001                                      PO BOX 362708
District of Puerto Rico                   MALVERN, PA 19355-0701                           SAN JUAN, PR 00936-2708
Old San Juan
Wed Aug 26 14:54:48 AST 2009

CORPORACION PARA EL FOMENTO ECONOMICO DE LA   STATE INSURANCE FUND CORPORATION             TREASURY DEPARTMENT OF PUERTO RICO
1103 Munoz Rivera Avenue                      C/O ALEJANDRO A. SUAREZ CABRERA              FEDERAL LITIGATION DIVISION
San Juan, PR 00925-2729                       PO BOX 365028                                DEPARTMENT OF JUSTICE
                                              SAN JUAN, PR 00936-5028                      PO BOX 9020192
                                                                                           SAN JUAN, PR 00902-0192

US TRUSTEE                                US Bankruptcy Court District of P.R.             AMERICAN EXPRESS
EDIFICIO OCHOA                            U.S. Post Office and Courthouse Building         PO BOX 360002
500 TANCA STREET SUITE 301                300 Recinto Sur Street, Room 109                 FT LAUDERDALE FL 33336-0002
SAN JUAN, PR 00901-1938                   San Juan, PR 00901-1964


ASOC DE TITULARES COND SIERRA DEL SOL     American Express Centurion Bank                  BANCO POPULAR DE PR
100 Ave La Sierra                         c/o Becket and Lee LLP                           BANKRUPTCY DIVISION
BOX 225                                   POB 3001                                         PO BOX 366818
SAN JUAN PR 00926-4316                    Malvern PA 19355-0701                            SAN JUAN PR 00936-6818


BANCO POPULAR DE PUERTO RICO              BANCO POPULAR DE PUERTO RICO                     BANCO SANTANDER DE PUERTO RICO (VTQ)
CARD PRODUCTS DIVISION                    PO BOX 70100                                     MARTINEZ & TORRES LAW OFFICE
PO BOX 70100                              SAN JUAN PR 00936-8100                           PO BOX 192938
SAN JUAN PR 00936-8100                                                                     SAN JUAN PR 00919-3409


BANCO SANTANDER PUERTO RICO               BLITZ RECOVERY SERVICES INC                      BORINQUEN MEMORIAL PARK
PO BOX 362589                             CITIBANK TOWERS SUITE 1701                       PO BOX 1448
SAN JUAN PR 00936-2589                    252 AVE PONCE DE LEON                            CAGUAS PR 00726-1448
                                          SAN JUAN PR 00918-2001


Banco Santander Puerto Rico               CAPITAL ONE BANK                                 CAPITAL ONE BANK
P.O. Box 194439                           PO BOX 30285                                     PO BOX 70884
San Juan, PR 00919-4439                   SALT LAKE CITY UT 84130-0285                     CHARLOTTE NC 28272-0884


CAPITAL ONE BANK (USA), N.A.              CARMAX AUTO FINANCE                              COFECC
C/O TSYS DEBT MANAGEMENT (TDM)            PO BOX 3174                                      PO BOX 191791
PO BOX 5155                               MILWAUKEE WI 53201-3174                          HATO REY PR 00919-1791
NORCROSS, GA 30091-5155


CORP DEL FONDO DEL SEGURO DEL ESTADO      CRIM                                             DEPARTMENT OF JUSTICE
OFICINA REGIONAL DE SAN JUAN              PO BOX 195387                                    FEDERAL LITIGATION DIVISION
PO BOX 42006                              SAN JUAN PR 00919-5387                           PO BOX 9020192
SAN JUAN PR 00940-2206                                                                     SAN JUAN PR 00902-0192


Department of Treasury                    FIA CARD SERVICES                                FIA CARD SERVICES
Bankruptcy Section (424-B)                PO BOX 15026                                     PO BOX 15726
P.O. Box 9024140                          WILMINGTON DE 19886-5026                         WILMINGTON DE 19886-5726
San Juan, Puerto Rico 00902-4140
```

| | | |
|---|---|---|
| FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713-6000 | FIRST DATA GLOBAL LEASING<br>PO BOX 173845<br>DENVER CO 80217-3845 | FIRST FRANKLING MORTGAGE<br>PO BOX 660598<br>DALLAS TX 75266-0598 |
| FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025576<br>MIAMI FL 33102-5576 | GE SERVICES LIMITED PARTNERSHIP<br>PO BOX 46960<br>SAINT LOUIS MO 63146-6960 | JORGE EDUARDO MARTINEZ LANDRON ESQ<br>PO BOX 192938<br>SAN JUAN PR 00919-3409 |
| JULIETTE DONATO BOFILL ESQ<br>GARDEN HILLS PLAZA MSC 357<br>1353 CARR 19<br>GUAYNABO PR 00966-2700 | LOS ARBOLES DE MONTEHIEDRA COMMUNITY<br>BLVD DE LOS ANGELES<br>BOX 300<br>SAN JUAN PR 00960 | MCCARTHY BURGESS & WOLFF<br>THE MB&W BUILDING<br>2600 CANNON ROAD<br>CLEVELAND OH 44146 |
| PR DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | RICK M MORSE CPA<br>ACCOUNTANT FOR DEBTOR<br>5521 UNIVERSITY DRIVE SUITE 201<br>CORAL SPRINGS<br>FLORIDA 33067-4648 | SANTANDER MORTGAGE<br>PO BOX 70117<br>SAN JUAN PR 00936-8117 |
| STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | WAGNER & HUNT PA<br>PO BOX 934788<br>MARGATE FL 33093-4788 | ANTONIA CABRERO MENDEZ<br>REALTOR FOR DEBTOR<br>PO BOX 363883<br>SAN JUAN, PR 00936-3883 |
| JUAN A SANTOS BERRIOS<br>LAW OFFICES OF JUAN A SANTOS BERRIOS PSC<br>PO BOX 9102<br>HUMACAO, PR 00792-9102 | MAYRA MACARAIG VINAS<br>168 CALLE WESER<br>RIO PIEDRAS, PR 00926-3201 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |
| RICK M MORSE<br>ACCOUNTANT FOR DEBTOR<br>5521 UNIVERSITY DRIVE SUITE 201<br>CORAL SPRINGS<br>FLORIDA, FL 33067-4648 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANCO SANTANDER DE PUERTO RICO (VTQ)<br>MARTINEZ & TORRES  LAW OFFICES, P.S.C.<br>PO BOX 192938 | (u)First Franklin Financial Corp. through its | (u)First Fraklin Financial Corp. through its |
| (d)SANTANDER MORTGAGE CORPORATION<br>PO BOX 70117<br>SAN JUAN PR 00936-8117 | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    4<br>Total                 52 | |