IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 08-04888 GAC |
|---|---|
| MAYRA MACARAIG VIñAS | |
| Debtor | CHAPTER 11 |

## MOTION IN COMPLIANCE WITH ORDER DATED SEPTEMBER 11TH, 2009 AND CERTIFICATION OF MAILING OF EXHIBITS

TO THE HONORABLE COURT:

**COMES NOW** the above debtor, who respectfully shows and prays as follows:

1. Debtor filed the instant case on July 30th, 2008.

2. The Disclosure Statement and the Plan of Reorganization were filed on June 1st, 2009 (Docket Entry #123 and #124).

3. Due to clerical error and emergency situation as explained in our previous motions the Exhibits #1, #2, #3, #4, #5 were omitted.

4. We attach herein all Exhibits with this motion (#1, #2, #3, #4, #5) to be considered by this Honorable Court as an integral part of the Plan of Reorganization and the Disclosure Statement filed.

**THEREFORE** it is respectfully requested from this Court that take notice of the above and enter Order granting the reconsideration of the dismissal of the case.

In San Juan, Puerto Rico this 16th day of September 2009.

LAW OFFICES OF JUAN A SANTOS BERRIOS PSC
PO BOX 9102
HUMACAO PR 00792-9102
TEL(787)285-1001,FAX 285-8358
EMAIL: jsantosb@prtc.net

JUAN A SANTOS-BERRIOS ESQ
USDC-PR #212506