Mayra Macarig Viñas
BK 08-04888 BKT-11

*EXHIBIT 2*

SUMMARY OF THE
MONTHLY OPERATING REPORTS

# MAYRA MACARAIG VINAS
## CASE # 0804888-11
## SUMMARY OF MONTHLY OPERATING REPORTS
## JULY 31, 2008 TO MARCH 31, 2009

| | 31-Jul 2008 | August 2008 | Sept 2008 | Oct 2008 | Nov 2008 | Dec 2008 | Jan 2009 | Feb 2009 | March 2009 | Cumm Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | |
| Beginning Bal | 1416.03 | 4931.88 | 2659.98 | 2337.09 | 3914.48 | 3089.12 | 3283.52 | 3140.81 | 3108.08 | 27880.99 |
| Salary | 3727.35 | 7599.15 | 8291.11 | 8317.74 | 8317.74 | 8330.88 | 8695.58 | 7623.01 | 16818.96 | 77721.52 |
| Interest/Dividend Income | | | 0.27 | 1.79 | 0.45 | | | | | 2.51 |
| Tax Refund | | | | | | | | | 22710.98 | 22710.98 |
| Alimony or Child Support | | 3600.00 | | 1000.00 | | | 600.00 | 2000.00 | | 7200.00 |
| Reimbursement of Legal Fees | | | 3500.00 | | | | | | | 3500.00 |
| Credit for Returned Checks | | 866.38 | 75.00 | 65.00 | 1325.00 | 130.00 | | | | 2461.38 |
| Loans/Borrowing from Outside Sources | | | 1200.00 | | | | 40.00 | | | 1240.00 |
| Gift | | 200.00 | | 200.00 | | | | | | 400.00 |
| Other Receipts (See Indiv Monthly Operating Reports) | | | 2362.08 | | 631.72 | 285.25 | | 654.00 | | 3933.05 |
| Reimbursement of Business Expenses | | 582.23 | 2886.82 | 560.13 | 2124.82 | 3164.01 | 2261.52 | 970.36 | 1352.92 | 13902.81 |
| | | | | | | | | | | |
| **TOTAL CASH AVAILABLE** | 5143.38 | 17779.91 | 20976.78 | 12480.41 | 16313.76 | 14999.26 | 14880.62 | 14388.18 | 43990.94 | 160953.24 |
| | | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | |
| Charitable Contributions | | 12.00 | | 10.00 | | | | | | 22.00 |
| Gifts | | | | 156.03 | | | 200.00 | 37.07 | | 393.10 |
| Household Expenses Food/Clothing | 211.50 | 2413.35 | 1673.52 | 1007.39 | 2396.70 | 295.65 | 1828.75 | 1852.38 | 1171.07 | 12850.31 |
| Household Repairs & Maintenance | | 870.00 | 542.26 | | 418.70 | 649.23 | 583.60 | 661.78 | 623.95 | 4349.52 |
| Insurance | | 170.26 | 170.26 | 270.26 | 270.26 | 433.75 | 270.26 | 486.91 | 769.99 | 2841.95 |
| IRA Contribution | | 100.00 | 100.00 | | | 100.00 | 100.00 | | 100.00 | 500.00 |
| Medical Dental | | 300.00 | 225.00 | 300.00 | 374.00 | 417.53 | 60.00 | 125.00 | 703.98 | 2505.51 |
| Mortgage Payments | | 854.29 | | 683.00 | | | | | | 1537.29 |
| Travel & Entertainment | | 439.00 | 1306.28 | 18.50 | 98.50 | 213.38 | 104.25 | 1748.63 | 587.20 | 4515.74 |
| Tuition/Education | | 2634.74 | 2609.49 | 2309.00 | 2720.12 | 3403.00 | 2765.75 | 3119.00 | 1625.00 | 21186.10 |
| Utilities (Elect, Gas, Water, Cable, Sanitation, Phone) | | 384.68 | 1085.96 | 1116.97 | 807.18 | 883.31 | 1422.44 | 889.70 | 1355.43 | 7945.67 |
| Vehicle Expenses | | 384.57 | 420.52 | 922.61 | 1226.22 | 475.83 | 777.32 | 17.00 | 1038.65 | 5262.72 |
| Vehicle Secured Payments | | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 3200.00 |
| U.S. Trustee Quarterly Fees | | | | | 325.89 | | | | | 325.89 |
| Professional Fees (Legal, Accounting) | | 3500.00 | 500.00 | | 500.00 | 500.00 | 500.00 | 1151.78 | 500.00 | 7151.78 |
| Other (See Indiv. Monthly Operating Reports) | | 2657.04 | 9606.40 | 1372.17 | 3609.07 | 919.03 | 582.56 | 657.93 | 1618.92 | 21023.12 |
| Business Expenses Reimbursed | | | | | | 2854.03 | 2066.13 | 111.16 | 2490.53 | 7521.85 |
| Bank Charges | | | | | 78.00 | 171.00 | 78.75 | 21.76 | 20.00 | 369.51 |
| | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | 211.50 | 15119.93 | 18639.69 | 8565.93 | 13224.64 | 11715.74 | 11739.81 | 11280.10 | 13004.72 | 103502.06 |
| | | | | | | | | | | |
| **NET CASH FLOW** | 3515.85 | -2271.90 | -322.89 | 1432.39 | -825.36 | 194.40 | -142.71 | -32.73 | 27878.14 | 29425.19 |
| | | | | | | | | | | |
| **ENDING CASH BALANCE** | 4931.88 | 2659.98 | 2337.09 | 3769.48 | 3089.12 | 3283.52 | 3140.81 | 3108.08 | 30986.22 | 57306.18 |