Mayra Macarig Viñas
BK 08-04888 BKT-11

*EXHIBIT 3*

DETAILED
LIQUIDATION ANALYSIS

Mayra Macaraig Viñas
Case No. 08-04888 GAC
Liquidation Analysis
Dated: May 25th 2009

| Estated Property Description | Actual or Scheduled Value | Estimated Liquidation Factor | Realizable Value | Liens | Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| Apartment H-113, Cond. La Sierra del Sol Cupey, San Juan, Puerto Rico | $ 185,000.00 | 100% | $ 185,000.00 | $ 135,378.74<br>1,305.00<br>626.57 | $ 11,175.00 | 36,514.00 |
| Cement residential prop. Located at Urb. Los Arboles, 384 Melaleuca, Bo Caimito Rio Piedras, Puerto Rico | 590,000.00 | 100% | 590,000.00 | 478,095.59<br>159,952.11 | | |
| Residential property located at 4048 NW 62 LN, Coral Springs, Florida | 323,030.00 | 100% | 323,030.00 | 365,920.74<br>88,780.52 | | |
| Checking and savings accounts | 2,290.00 | 100% | 2,290.00 | - | 690.00 | 1,600.00 |
| Household goods | $ 7,450.00 | 50% | $ 3,725.00 | - | $ 7,450.00 | - |
| Household goods (Apt, Res. Montehiedra) | 4,400.00 | 50% | 2,200.00 | - | 0.00 | 2,200.00 |
| Cosvi-IRA | $ 3,000.00 | 0% | $ - | - | 3,000.00 | - |
| Child support | 3,000.00 | 0% | - | - | 3,000.00 | |
| Clothes | $ 500.00 | 50% | 250.00 | - | 500.00 | - |
| Jewelries | 1,000.00 | 50% | 500.00 | - | 1,000.00 | - |
| Auto | 7,600.00 | 50% | 3,800.00 | - | 3,225.00 | 575.00 |
| | $ 1,127,270.00 | | $ 1,110,795.00 | $ 1,230,059.27 | $ 30,040.00 | 40,889.00 |

**Summary of liquidation analysis**

| | | | |
|---|---|---|---|
| | Estimated Liquidation Value | 40,889.00 | |
| Less: | Administrative Expenses Chapter 11 | -21,181.00 | |
| Less: | Administrative Expenses Chapter 7 (Stamps, Notarial, Realtor & Trustee fees) | -8,178.00 | |
| Less: | Priority taxes | -2,356.00 | |
| | Net Assets for unsecured claims | $ 9,174.00 | $ 9,174.00 |
| | Estimated dividend for unsecured in a Chapter 7 Scenario | | |
| | Class 3 | 48,224.77 | |
| | Estimated Dividends for Unsecured Claims | 19% | [$9,174.00] |
| | Dividend through plan of reorganization | 25% | [$12,000.00] |