Mayra Macarig Viñas
BK 08-04888 BKT-11

*EXHIBIT 4*

SCHEDULE OF PAYMENT UNDER THE
PLAN OF REORGANIZATION

Mayra Macaraig Viñas
Case No. 08-04888 GAC
Payment under the Plan of Reorganization
Dated: May 25th, 2009

| Creditor | Claim Number | Claim Class | Plan Class | Claim amount | Allowed Amount | Allowed Plan | Pro rata Percent | Proceeds from sales of La Sierra | Balance Due | Monthly Payment | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Expenses** | | | | | | | | | | | | | | | |
| J. Santos - Attorney's fees | Estimated | Adm. | 1 | 5,000.00 | 5,000.00 | 5,000.00 | | | | | 5,000.00 | | | | |
| Rick M. Morse - Accounting's fees | Estimated | Adm. | 1 | 2,000.00 | 2,000.00 | 2,000.00 | | | | | 2,000.00 | | | | |
| UST - Quartely Fees | Estimated | Adm. | 1 | 975.00 | 975.00 | 975.00 | | | | | 975 | | | | |
| Notarial Fees - Sale of property | Estimated | Adm. | 1 | 5,806.00 | 5,806.00 | 5,806.00 | | 5,806.00 | | | 0.00 | | | | |
| Realtor Commission | Estimated | Adm. | 1 | 9,250.00 | 9,250.00 | 9,250.00 | | 9,250.00 | | | 0.00 | | | | |
| Total | | | | 23,031.00 | 23,031.00 | 23,031.00 | | | | 0.00 | 7,975.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Secured creditors** | | | | | | | | | | | | | | | |
| Banco Popular de Puerto Rico | 3 | | 2 | $184.80 | | | | | | | | | | | |
| COFECC | 4 | | 2 | 159,952.11 Monte | | 26,952.11 | | | | 449.17 | 5,390.00 | 5,390.00 | 5,390.00 | 5,390.00 | 5,390.00 |
| Banco Santander Puerto Rico | 5 | | 2 | 135,378.74 Apt | | | | 135,378.00 | | | | | | | |
| CRIM | 7 | | 2 | 1,723.48 | | | | | | | | | | | |
| Banco Santander Puerto Rico | 10 | | 2 | 478,095.59 Monte | | 38,813.28 | | | | 646.83 | 7,762.00 | 7,762.00 | 7,762.00 | 7,762.00 | 7,762.00 |
| First Franklin Financial Corp | 12 | | 2 | 88,780.52 | | 200.04 | | | | 16.67 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| First Franklin Financial Corp | 13 | | 2 | 365,920.74 | | 7,555.68 | | | | 125.91 | 1,511.00 | 1,511.00 | 1,511.00 | 1,511.00 | 1,511.00 |
| | | | | $1,230,035.98 | | 73,521.11 | | | | | | | | | |
| **Priority claims** | | | | | | | | | | | | | | | |
| State Insurance Fund Corp | 8 | | | 109.70 | | | | | | 9.14 | 109.70 | | | | |
| PR Department of Treasury | 11 | | | 2,245.78 | | | | | | 187.15 | 2,245.78 | | | | |
| Total | | | | 2,355.48 | 0.00 | 0.00 | | | | 1,434.87 | 17,218.48 | 14,663.00 | 14,663.00 | 14,663.00 | 14,663.00 |

| General Unsecured Creditors | Claim Number | Claim Class | Plan Class | Claim amount | | | Pro-rata Dividend (%) | TOTAL | | Monthly Payment | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One Bank | 1 | | 3 | 5,742.14 | | | 0.120 | $ 1,460.00 | | 24.33 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 |
| Banco Popular de Puerto Rico | 2 | | 3 | 7,526.62 | | | 0.150 | $ 1,820.00 | | 30.33 | 364.00 | 364.00 | 364.00 | 364.00 | 364.00 |
| Banco Popular de Puerto Rico | 3 | | 3 | 5,000.00 | | | 0.100 | $ 1,220.00 | | 20.33 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 |
| American Express | 6 | | 3 | 17,876.53 | | | 0.370 | $ 4,460.00 | | 74.33 | 892.00 | 892.00 | 892.00 | 892.00 | 892.00 |
| CRIM | 7 | U | 3 | 8.52 | | | 0.000 | $ - | | | | | | | |
| State Insurance Fund Copr | 8 | U | 3 | 71.48 | | | 0.001 | $ 140.00 | | 2.33 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 |
| Fia Card Services, N.A | 9 | U | 3 | 3,158.40 | | | 0.060 | $ 740.00 | | 12.33 | 148.00 | 148.00 | 148.00 | 148.00 | 148.00 |
| PR Department of Treasury | 11 | U | 3 | 8,841.08 | | | 0.180 | $ 2,160.00 | | 36.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| | | | | 48,224.77 | | | | $ 12,000.00 | | 199.98 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 |