Mayra Macarig Viñas
BK 08-04888 BKT-11

***EXHIBIT 5***

SALARY AND BONUS STUBS



# FAIRMONT HOTELS & RESORTS US
100 WELLINGTON STREET WEST, SUTE 1600
TORONTO, ONTARIO M5K1B7

CHECK NO: A011218
CHECK DATE: 06/30/08
PERIOD ENDING: 06/30/08
PAY FREQUENCY: SEMIMONTHLY

MACARAIG, MAYRA
4048 NW 62ND LN
CORAL SPRINGS, FL 33067

ID NUMBER:
BASE RATE: 5636.04
SSN:

STATUS FED: SINGLE
ST1:
ST2:

EXEMPT 00
00

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: FL LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 81.25 | 5636.04 | | |
| REGULAR | | | 1007.52 | 66647.52 |
| BONUS | | | | 9983.00 |
| NON-Q DENT ER | | 26.37 | | 149.86 |
| NON-Q MED ER | | 376.52 | | 2061.52 |
| NON-Q VIS ER | | 2.33 | | 13.98 |
| NON QUAL DST | | | | 13029.06 |
| | | | | |
| TOTAL H/E | 81.25 | 6041.26 | 1007.52 | 91884.94 |

#### PRE-TAX ITEMS

| DENTAL $1500 | | 4.99- | | 56.68- |
| MEDICAL NTWRK | | 55.10- | | 803.36- |
| NON-Q DEF CMP | | | | 3603.27- |

| TOTAL PRE-TAX | | 60.09- | | 4263.31- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 371.86 | 4860.18 |
| MEDICARE TAX | 86.97 | 1136.86 |
| FED INC TAX | 1401.07 | 20992.02 |
| | | |
| TOTAL TAXES | 1859.90 | 26988.86 |

#### AFTER-TAX DEDUCTIONS

| NON-QUAL MED | 41.32- | 193.72 |
| NON-QUAL DENT | 3.03 | 34.44 |
| SUPP LIFE | 27.00 | 324.00 |
| NON-Q MED ER | 376.52 | 2061.52 |
| NON-Q DENT ER | 26.37 | 149.86 |
| NON-Q VIS ER | 2.33 | 13.98 |

### SPECIAL INFORMATION

| GRP TERM LIFE | 16.58 |
| YTD GRP TERM LIFE | 194.16 |

CURRENT NET PAY DISTRIBUTION
C 3178370874       3727.34
CHECK AMOUNT          .00

| | | | | | TOTAL PER DED | 393.93 | 2777.52 |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 5636.04 | 345.13 | 5981.17 | 1859.90 | 393.93 | 3727.34 |
| Y-T-D | 76630.52 | 1099 1.11 | 87621.63 | 26988.86 | 2777.52 | 57855.25 |

TOTAL CURRENT NET PAY    3727.34

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---



FAIRMONT HOTELS & RESORTS US
100 WELLINGTON STREET WEST, SUTE 1600
TORONTO, ONTARIO M5K1B7

UOF

DATE: 06-30-08          CHECK NO: A011218

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MACARAIG, MAYRA                                              NOT NEGOTIABLE
4048 NW 62ND LN
CORAL SPRINGS, FL 33067

THE BACK OF THIS CHECK CONTAINS                    TO VERIFY SECURITYMARK



| | FAIRMONT HOTELS & RESORTS US<br>100 WELLINGTON STREET WEST, SUTE 1600<br>TORONTO, ONTARIO M5K1B7 | CHECK NO: A010617<br>CHECK DATE: 03/31/08<br>PERIOD ENDING: 03/31/08<br>PAY FREQUENCY: SEMIMONTHLY |
|---|---|---|

| MACARAIG, MAYRA<br>4048 NW 62ND LN<br>CORAL SPRINGS, FL 33067 | ID NUMBER:<br>BASE RATE: 5471.88<br>SSN: | STATUS EXEMPT<br>FED: SINGLE 00<br>ST1: 00<br>ST2: | TAX ADJUSTMENTS<br>FED: ST:<br>DI/UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: FL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| BONUS | | (9983.00) | | |
| REGULAR | | | 520.02 | 32831.28 |
| BONUS | | | | 9983.00 |
| NON-Q DENT ER | | | | 72.84 |
| NON-Q MED ER | | | | 981.36 |
| NON-Q VIS ER | | | | 6.99 |

Bono 2007.
Pagado 3/31/2008

| TOTAL H/E | | 9983.00 | 520.02 | 43875.47 |
|---|---|---|---|---|

PRE-TAX ITEMS

| NON-Q DEF CMP | 199.66- | | 856.30- |
| DENTAL $1500 | | | 27.54- |
| MEDICAL NTWRK | | | 287.22- |

| TOTAL PRE-TAX | 199.66- | | 1171.06- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 618.95 | 2706.71 |
| MEDICARE TAX | 144.75 | 633.02 |
| FED INC TAX | 2445.84 | 10021.80 |
| | | |
| TOTAL TAXES | 3209.54 | 13361.53 |

AFTER-TAX DEDUCTIONS

| NON-QUAL MED | | 215.40 |
| NON-QUAL DENT | | 16.74 |
| SUPP LIFE | | 162.00 |
| NON-Q MED ER | | 981.36 |
| NON-Q DENT ER | | 72.84 |
| NON-Q VIS ER | | 6.99 |

| TOTAL PER DED | | 1455.33 |

### SPECIAL INFORMATION

| YTD GRP TERM LIFE | 95.88 |
|---|---|

CURRENT NET PAY DISTRIBUTION
C 3178370674    6573.80
CHECK AMOUNT    .00

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 9983.00 | 199.66- | 9783.34 | 3209.54 | .00 | 6573.80 | |
| Y-T-D | 42814.28 | 109.87- | 42704.41 | 13361.53 | 1455.33 | 27887.55 | TOTAL CURRENT NET PAY 6573.80 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian



FAIRMONT HOTELS & RESORTS US
100 WELLINGTON STREET WEST, SUTE 1600
TORONTO, ONTARIO M5K1B7

UOF

DATE: 03-31-08    CHECK NO: A010617

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MACARAIG, MAYRA                                          NOT NEGOTIABLE
4048 NW 62ND LN
CORAL SPRINGS, FL 33067