# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MAYRA MACARAIG VINAS |
| **Case Number:** | 08-04888-BKT11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 06, 2009 09:30 AM   COURTROOM 3 |
| **Bankruptcy Judge:** | BRIAN TESTER |
| **Courtroom Clerk:** | MARISOL LOPEZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

HEARING ON DISCLOSURE STATEMENT
**R / M #:** 123 / 0

## *Appearances:*

JUAN A SANTOS BERRIOS, ATTORNEY FOR MAYRA MACARAIG VINAS
NANCY PUJALS, ATTORNEY FOR THE US TRUSTEE

## *Proceedings:*

There are no objections to the disclosure statement.   However, the amounts to be paid to notary and realtor were misplaced and should be disclosed in exhibit 4 as payments to be made in year one.  The Court advised debtor's counsel that it is his obligation to send it out correctly for voting purposes.

The UST also indicated that the language of paragraph 5.4, Closing of the Case, does not seem to be in accordance with 11 USC 1141(d)(5).  But will not press the issue at this time.

ORDER:

The disclosure statement, docket #123, is approved (separate order to be entered).  The hearing on confirmation is scheduled for 1/29/10 at 10:00 A.M.

/s/BRIAN K. TESTER
U.S. Banrktuptcy Judge
